ELLEN COOK, as Administratrix of JOHN COOK, Deceased, Respondent, *v.* CASPAR W. DEAN et al., Appellants.

*Cook* v. *Dean*, 11 App. Div. 123, affirmed.
(Argued June 21, 1899; decided October 3, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1896, reversing a judgment in favor of defendants entered upon a dismissal of the complaint at a Trial Term, and granting a new trial.

*L. Lafflin Kellogg* and *Alfred C. Petté* for appellants.

*Charles J. Patterson* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs, on opinion below.

All concur, except PARKER, Ch. J., GRAY and O'BRIEN, JJ., dissenting.

---

LOUIS SPERO, Appellant, *v.* KATHARINA SCHULTZ, as Executrix of JOSEPH SCHULTZ, Deceased, Respondent.

*Spero* v. *Shultz*, 14 App. Div. 423, affirmed.
(Argued June 21, 1899; decided October 3, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1897, affirming a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Jacob Marks* for appellant.

*William H. Geiger* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.